UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Marcia S. Krieger,                                          Civil No. 11-339 (PAM)

                           Plaintiff,

v.                                                                **ORDER**

United States Office of Personnel
Management,

                           Defendant.

---

This matter is before the Court on the parties' Joint Motion to Extend the Briefing Schedule. Because the parties are presently in the process of garnering approvals from various government entities to settle this matter, the Court finds that good cause exists to grant the parties' request to extend the briefing schedule. Accordingly, **IT IS HEREBY ORDERED that**:

1. The Parties' Joint Motion to Extend the Briefing Schedule (Docket No. 34) is **GRANTED**; and

2. The Briefing Schedule is modified as follows: Dispositive Motions shall be served, filed, and fully briefed by September 15, 2011; Opposition Briefs shall be served and filed by November 1, 2011; and Reply Briefs shall be served and filed by November 15, 2011.

Dated: Tuesday, August 2, 2011

                                               *s/ Paul A. Magnuson*
                                               Paul A. Magnuson
                                               United States District Court Judge