UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Marcia S. Krieger,                                        Civil No. 11-339 (PAM)

                Plaintiff,

v.                                                                          **ORDER**

United States Office of Personnel
Management,

                Defendant.

---

This matter is before the Court on Plaintiff's Unopposed Verified Motion for Award of Costs. Having considered all pertinent matters of record, the Court finds that Plaintiff has substantially prevailed in this action and is entitled to the costs outlined in the Motion under 28 U.S.C. § 2412(a)(1). Accordingly, **IT IS HEREBY ORDERED that**:

1. Plaintiff's Unopposed Verified Motion for Award of Costs (Docket No. 36) is **GRANTED**;

2. Plaintiff is awarded total costs in the amount of **$679.02**; and

3. Defendant shall present this Order for payment within 45 days.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Tuesday, August 23, 2011

                                                            *s/ Paul A. Magnuson*
                                                            Paul A. Magnuson
                                                            United States District Court Judge