UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO (Denver)

Marcia S. Krieger

          Plaintiff.    Civil 11-00339 PAM

v.

United States Office of Personnel Management    **ORDER FOR DISMISSAL WITH PREJUDICE**

          Defendant.

---

Based upon the Stipulation for Dismissal with Prejudice (Doc. #38) by all the parties,

**IT IS HEREBY ORDERED** that the above-entitled matter is hereby dismissed, with prejudice, with each party to bear its own attorney's fees.

Dated: October _14_, 2011.

_____
Paul A. Magnuson
United States District Court Judge